**UNITED STATES of America,**
**Plaintiff–Appellee**

**v.**

**Leonel Tomas Amaya ARCE, also known as Leonel Tomas Arce Amaya, also known as Leonel Tomas Amaya–Arce, Defendant–Appellant.**

**No. 11–20714**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

July 18, 2012.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Edward Cantu, Esq., Houston, TX, for Defendant–Appellant.

Before REAVLEY, JOLLY and DAVIS, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Leonel Tomas Amaya Arce (Amaya) has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Ama-

---

ya has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review.

Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

